# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2006

130937

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

FREDERICK KENTRELL POSTON,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130937
COA: 256837
Oakland CC: 03-192022-FH

     On order of the Court, the application for leave to appeal the February 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2006

Clerk

p0927